UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:13-cr-32-Orl-37TBS

LOUIS RUGGIERO
_____

## ORDER TO SEAL

Pending before the Court is Defendant Louis Ruggiero's Motion to Seal Pursuant to Federal Rule of Criminal Procedure 49.1(d) (Doc. 96). Counsel for Defendant represents that the Government does not oppose the relief requested in the motion.

Federal Rule of Criminal Procedure 49.1(a) provides for the redaction of court filings that contain certain identifying information including the name of an individual known to be a minor and the home address of an individual. Rule 49.1(d) provides for the filing of such information under seal, without redaction. Defendant seeks leave of Court to file under seal information which may identify a minor, not less than 15 years of age. Upon due consideration, Defendant's motion to file the following information, under seal is GRANTED: The Clerk of Court shall file the following information UNDER SEAL:

1. An adult website profile name, "KrazyBaby___." The redacted portion is a name which Defendant's counsel believes to be K.M.'s middle name or nickname.

2. An adult website user name, consisting of K.M.'s first name, and what Defendant's counsel believes to be her middle name.

3. Email address of the user identified in item 2.

4. An adult website user name, being K.M.'s first and last names.

5. Email address of the user identified in item 4.

6. K.M.'s first name.

This information shall be maintained under seal until further order of Court or three years from the date of this Order, whichever occurs first.

Defendant's motion to file the following information, under seal is DENIED. The Court finds this information is not within the scope of Rule 49.1(a):

1. Zip code of the user identified in item 2 above.

2. Zip code of the user identified in item 4 above.

Defendant may, within the next 7 days, file an amended sentencing memorandum in which the information not sealed is restored.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 30, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel